UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARINO RUIZ MALDONADO, | Case No. 2:24-cv-02047-RSM |
| Plaintiff, | STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |
| v. | |
| KIKA SCOTT, *et al.*, | |
| Defendants. | |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings until May 30, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-290B, Notice of Appeal. This case is currently stayed through March 31, 2025. Dkt. No. 9, Order. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court continue to hold the case in abeyance until May 30, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. The parties continue to work on a potential resolution to this case. However, USCIS is waiting to obtain Plaintiff's A-File, which is a paper file currently undergoing scanning as part of a large-scale file scanning initiative. Once USCIS obtains and reviews the file, the parties will be able to determine whether resolution will be possible here.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until May 30, 2025. The parties will submit a joint status report on or before May 30, 2025.

DATED this 28th day of March, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | CHUNG, MALHAS & MANTEL, PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (206) 553-7970<br>Fax:    (206) 553-4067<br>Email:  michelle.lambert@usdoj.gov | *s/ Dr. Dima N. Malhas*<br>DR. DIMA N. MALHAS WSBA# 44370<br>Chung, Malhas & Mantel, PLLC<br>1037 NE 65th Street, Ste. 80171<br>Seattle, Washington 98115<br>Phone: 206-264-8999<br>Email: dmalhas@cmmlawfirm.com<br>*Attorneys for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 295 words, in compliance with the Local Civil Rules.*

**ORDER**

The case is held in abeyance until May 30, 2025. The parties shall submit a joint status report on or before May 30, 2025. It is so **ORDERED**.

DATED this 31st day of March, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE