UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO RUIZ MALDONADO, | Case No. 2:24-cv-02047-RSM |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| UR JADDOU, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the parties Stipulated Motion to Dismiss. Dkt. #21. The Court finds this case is now moot and the parties have stipulated to dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii).

Accordingly, the Court hereby FINDS and ORDERS that the case is DISMISSED without prejudice. All pending motions are STRICKEN as MOOT. This case is CLOSED.

DATED this 23rd day of September, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1